UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE ELRIDGE TAYLOR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WARDEN BRANDON PRICE,<br><br>　　　　　Defendant. | Case No. 21-05237 BLF (PR)<br><br>**JUDGMENT** |

　　The Court has dismissed the instant action without prejudice.  Judgment is entered accordingly.

　　The Clerk shall close the file.

　　**IT IS SO ORDERED.**

**Dated:  __August 26, 2021_____**

　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　United States District Judge

Judgment
PRO-SE\BLF\CR.21\05237Taylor_judgment